596

21, 1981. John J. O'Brien, for appellant; Joseph J. Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Judgment of sentence affirmed.

454 A.2d 156

Commonwealth v. Sparks, Appellant.

Submitted April 28, 1982. Thomas Albert Bowlen, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., BECK and MONTEMURO, JJ.

Order affirmed.

454 A.2d 156

Commonwealth v. Thomas, Appellant.

Submitted March 15, 1982. David P. Truax, for appellant; Donald E. Lewis, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The judgments of sentence of February 28, 1978 are affirmed.

454 A.2d 156

Commonwealth v. Thomas, Appellant.

Argued February 16, 1982.

Janet Weaver Mason, Assistant Public Defender, submitted a brief on behalf of appellant; Joseph W. Carroll, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgments of sentence affirmed.

454 A.2d 157

Commonwealth v. Tobery, Jr., Appellant.

Submitted March 16, 1982. Timothy M. Carland,